| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 6:03CR00083-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 07CRM 954 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Craig Hector Rivera | DISTRICT Eastern District of Texas | DIVISION Tyler |
|---|---|---|
| | NAME OF SENTENCING JUDGE U.S. District Judge Leonard Davis | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/19/2007 — TO 03/18/2012 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Cocaine

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Eastern District of Texas

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-5-07
*Date*                                                                                           *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Southern District of New York

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 11 2007
*Effective Date*                                                                            *United States District Judge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
OCT 12 2007