

REQUEST FOR COURT ACTION / DIRECTION

TO: JIM MINELLI
    Docket Clerk

FROM: ANDREW CHAN
      U.S. Probation Officer

RE: CRAIG HECTOR RIVERA
    Docket # 6:03CR00083-001

OFFENSE: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE (21 USC 846).

ORIGINAL SENTENCE: FORTY-EIGHT (48) MONTHS IMPRISONMENT; FIVE (5) YEARS OF SUPERVISED RELEASE

SPEC. CONDITIONS: NONE

AUSA: TO BE ASSIGNED

07 CRIM 954

DATE OF SENTENCE: 4/30/2004

DATE: OCTOBER 2, 2007

ATTACHMENTS: PSI ___  JUDGMENT X  PREVIOUS REPORTS ___
             VIOLATION PETITION ___

REQUEST FOR: WARRANT ___  SUMMON ___  COURT DIRECTION ___

## ASSIGNMENT FOR TRANSFER OF JURISDICTION

On April 30, 2004, the above-mentioned individual was sentenced in the Eastern District of Texas, by the Honorable Leonard Davis, U.S. District Judge, to the above referenced offense.

On June 12, 2006, we received a letter from the Eastern District of Texas, advising that the Honorable Leonard Davis, U.S. District Judge, had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Rivera's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

RIVERA, CRAIG HECTOR                                           41940/AC

- 2 -

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                      Respectfully submitted,

                                      Chris J. Stanton
                                      Chief U.S. Probation Officer

By: _____
         ANDREW CHAN
         U.S. Probation Officer
         212-805-5115

Approved By: _____  _____
               SUSPO                                    Date: